# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 20, 2013

## NO. 03-13-00688-CV

**Rodgy Lee Nesby, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PEMBERTON

The Court being of the opinion that it is without jurisdiction of the cause and that the appeal should therefore be dismissed for want of jurisdiction: Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.